RECEIVED
IN LAKE CHARLES, LA
DEC - 5 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| WILLIE ALLEN | CIVIL ACTION NO. 05-834 |
| VS. | SECTION P |
| RICHARD STALDER, ET AL | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted.

**THUS DONE AND SIGNED**, in Chambers, in Lake Charles, Louisiana, on this ____ day of _____, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE